UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HUNG QUOC BUI, individually and dba Dalat Cafe, <br><br> Defendant. | CASE NO. CV 00-2541 RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant HUNG QUOC BUI, individually and dba Dalat Cafe, the Default Judgment entered on 3/23/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment
a. Total judgment                                $6,800.00
b. Costs after judgment                          $ -0-
c. Attorneys fees:                               $ -0-
d. Subtotal *(add a and b)*                      $6,800.00
e. Credits after judgment                        $ -0-
f. Subtotal *(subtract d from c)*                $6,800.00
g. Interest after judgment                       $1,700.00
h. Fee for filing renewal application            $ -0-
i. **Total renewed judgment** *(add e, 5, and g)* $8,500.00

DATED: 01/12/11            CLERK, by Lori Muraoka
                           Deputy

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 00-2541 RMT (SHx)